■ VARIOUS TENANTS OF 446-448 WEST 167TH STREET, Respondent, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, Appellant. [— NYS2d —] —Order

of the Appellate Term of the Supreme Court, First Department (Riccobono and Parness, JJ.; Ostrau, P. J., dissenting), entered on July 20, 1992, unanimously affirmed for the reasons stated by the majority at the Appellate Term, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Milonas, Kupferman and Ross, JJ. [See, 153 Misc 2d 221.]